**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

November 20, 2020

**BY ECF**

11/25/2020
Sentencing will be adjourned to Wednesday, February 3, 2021 at 12 noon. SO ORDERED.

*/s/ Paul A. Crotty*

The Honorable Paul A. Crotty
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 14C
New York, NY 10007

RE:   **United States v. Gregory Herman**
      **19 Cr. 413 (PAC) & 19 Cr. 825 (PAC)**

Dear Judge Crotty:

   I write without objection from the government seeking a 60-day adjournment of the sentencing hearing in the above-captioned cases currently scheduled for December 2, 2020. The defense requires an adjournment to further prepare for sentencing and to allow sufficient time for Mr. Herman to prepare for, undergo, and recover from a retropubic prostatectomy, which is currently scheduled for December 7, 2020. The defense respectfully requests that the Court reschedule sentencing for the week of February 1, 2021.

Respectfully Submitted,

*/s/ Andrew J. Dalack*

Andrew J. Dalack, Esq.
Assistant Federal Defender
(212) 417-8768

Cc:   Alexander Li, Esq.
      Assistant U.S. Attorney