# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

January 27, 2021

**BY ECF**

The Honorable Paul A. Crotty
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 14C
New York, NY 10007

2/1/2021
The February 3 sentencing is adjourned to Wednesday, March 31, 2021 at 3 PM. SO ORDERED.

*Paul A Crotty*

**RE:   United States v. Gregory Herman**
       **19 Cr. 413 (PAC) & 19 Cr. 825 (PAC)**

Dear Judge Crotty:

I write without objection from the government seeking a 60-day adjournment of the sentencing hearing in the above-captioned cases currently scheduled for February 3, 2021. The defense requires an adjournment in light of COVID-19's persistent interference with the Court's ability to safely convene in-person proceedings; to further prepare for sentencing; and to allow sufficient time for Mr. Herman to undergo and recover from a retropubic prostatectomy.

Respectfully Submitted,

Andrew J. Dalack, Esq.
Assistant Federal Defender
(212) 417-8768

Cc:   Alexander Li, Esq.
      Assistant U.S. Attorney